*February 6, 1934.*

THOMEY, Respondent, vs. THOMEY and another, Defendants: EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.

For the appellant: *Hammond & Jones* of Kenosha.

For the respondent: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.

WILL OF DETERVILLE: BARRETT and another, Appellants, vs. SHEMICK and another, Respondents.

For the appellants: *Minahan, McCormick & Thiele* of Green Bay.

For the respondents: *Evans & Merrill* of Green Bay.

*By the Court.*—Judgment affirmed; the taxable costs of both parties to be paid out of the estate.

BOLLMANN, Respondent, vs. ROWE, Appellant.

For the appellant: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Robert R. Freeman* and *Ronold A. Drechsler* of counsel, all of Milwaukee.

For the respondent: *Hughes & Reichenauer,* attorneys, and *Joseph A. Barly* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.